DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDI MOSS,**
Appellant,

v.

**GREGG LETTS,**
Appellee.

No. 4D20-2413

[March 24, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie Moon, Judge; L.T. Case No. DVCE19006225.

Randi Moss, Boynton Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Moriarty v. Moriarty*, 192 So. 3d 680 (Fla. 4th DCA 2016) (affirming the trial court's denial of a motion to dissolve a domestic violence injunction, noting that the motion was insufficient due to failure to "allege any change in circumstances").

CIKLIN, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***